1 | LEWIS BRISBOIS BISGAARD & SMITH LLP
DONALD M. GINDY, SB# 45228
2 | E-Mail: dgindy@lbbslaw.com
221 North Figueroa Street, Suite 1200
3 | Los Angeles, California 90012
Telephone: 213.250.1800
4 | Facsimile: 213.250.7900

5 | Attorneys for Plaintiff,
VBCONVERSIONS LLC

6 |

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA, WEST REGION**

10 |

11 | VBCONVERSIONS LLC, a California
limited liability company,
12 |
   Plaintiff,
13 |
   vs.
14 |
15 | INTEGRATED BUSINESS
SOLUTIONS GROUP, LLC, a/k/a
16 | IBSG, LLC and IBSG, a Pennsylvania
limited liability company; LABLION,
17 | INC., a Pennsylvania corporation;
OLEG KONDEL, an individual; OLEG
18 | ANDRUKH, an individual;
19 | ALEKSANDR LIBERMAN, an
individual; FORTELINEA
20 | SOFTWARE SYSTEMS, LLC, f/k/a
IBSG HIT, LLC, a Delaware limited
21 | liability company; DOES 1-10,
inclusive,
22 |
23 |
24 |   Defendants.
25 |
26 |

CASE V 13 - 04220 - PA (PLA)

**COMPLAINT FOR:**

1. **COPYRIGHT INFRINGEMENT;**
2. **VICARIOUS COPYRIGHT INFRINGEMENT;**
3. **CONTRIBUTORY COPYRIGHT INFRINGEMENT;**
4. **VIOLATION OF THE DIGITAL MILLENIUM COPYRIGHT ACT, §1201(a);**
5. **REQUEST FOR INJUNCTIVE RELIEF**

27 | **COMES NOW**, the plaintiff, VBConversions LLC, a California limited

28 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

liability company, which alleges that defendants Integrated Business Solutions Group LLC, a Pennsylvania limited liability company, also known as IBSG LLC and IBSG; Lablion, Inc., a Pennsylvania corporation; Oleg Kondel, an individual; Oleg Andrukh, an individual; Aleksandr Liberman, an individual; and, Fortelinea Software Systems, LLC, formerly known as IBSG HIT, LLC, a Delaware limited liability company, are liable to it for copyright infringement, contributory copyright infringement, vicarious copyright infringement and violation of the Digital Millennium Copyright Act, §1201(a) in connection with the plaintiff's copyrighted software entitled VB.Net to C# Converter.  This action is based upon a federal question.

## A.    SUMMARY OF THE ACTION.

This action seeks damages and injunctive relief based upon defendants' unauthorized access, copying and usage of plaintiff's copyrighted software entitled "VB.NET to C# Converter." (C# is pronounced C Sharp).

## B.    JURISDICTION

1.    This action arises under the Copyright Act of the United States 17 U.S.C. §101 and §501, et seq and the Digital Millennium Copyright Act, 17 U.S.C. §1201(a)(1).  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1338(a).  Jurisdiction is further founded upon the defendants' affirmation of a provision in a licensing agreement that the parties agree to subject themselves to the personal jurisdiction of the courts of the State of

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-8472-6548.1

2

FIRST AMENDED COMPLAINT

1   California.

2        2.      Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) &

3
4   §1400(a).  Plaintiff further alleges venue is proper as the result of a Forum Selection

5   Clause in a license agreement affirmed by defendants designating the County of Los

6   Angeles, State of California, as the appropriate location for hearing in the event of a

7
8   dispute.

9   **C. PARTIES**

10       3.      VBConversions LLC (hereinafter "VBC") is a California limited

11
12  liability company, whose principal office is located in Santa Monica, California.

13  VBC engages in the licensing of its software products on the Internet.

14       4.      Plaintiff is informed and believes and thereon alleges that Integrated

15
16  Business Solutions Group, LLC (hereinafter "IBSG"), with its principal

17  headquarters located at 1751 Loretta Avenue, Feasterville, PA 19053, is in the

18
19  business of developing and distributing healthcare-related laboratory software

20  solutions.

21       5.      Plaintiff is informed and believes and thereon alleges that Lablion, Inc.,

22  is a Pennsylvania corporation, whose headquarters share the same address as IBSG.

23
24  Plaintiff is further informed and believes that Lablion, Inc. is a wholly owned

25  subsidiary of IBSG and that co-defendant, Oleg Kondel, is the Chief Operating

26
27  Officer of both organizations. Lablion claims that it provides an "Anatomic

28  Pathology Information Software System," which is designed to operate automated

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  equipment for medical specimen testing and database management. *Exhibit* "A."

2      6.    Plaintiff is informed and believes and thereon alleges that Oleg Kondel,

3
4  (hereinafter "Kondel")is the sole remaining member of IBSG and formerly was a

5  member, manager and co-founder of what is now known as Fortelinea.

6      7.    Plaintiff is informed and believes that Oleg Andrukh (hereinafter

7
8  "Andrukh") was formerly a member and software developer/programmer for IBSG.

9  Later, he became a member of Fortelinea.

10      8.    Plaintiff is informed and believes and thereon alleges that defendant

11
12  Fortelinea was formerly known as Integrated Business Solutions Group Hit, LLC.

13  "HIT" stood for Health Information Technology or simply IBSG HIT, LLC.  In

14
15  order to distinguish itself from IBSG, LLC, an organization formed later in time, it

16  adopted the name Fortelinea (hereinafter "Fortelinea").

17  **D. GENERAL ALLEGATIONS.**

18      9.    Plaintiff has registered its programs with the Register of Copyrights
19
20  and was given the registration number of TX6-285-849 for Version 1.0 of the above

21  entitled program; TX6-425-720 for Version 2.0 ("the software") The latter is

22
23  derivative of the original version of the software.  Copies of the registrations are

24  attached hereto and incorporated by reference, collectively, as, *Exhibit* "B."

25      10.    VBC licenses its copyrighted program online at vbconversions.com.

26  VBC subscribes to the Shareware philosophy of offering its program as a trial
27
28  version for a limited time to potential purchasers.  It is offered for 15 days.  A party

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-8472-6548.1

is permitted to try out the program and see if it is suitable for their needs.  If so, they may apply for license by paying the standard market fee.  Prior to being permitted to use the Trial version, a prospective purchaser must first affirm an End User Licensing Agreement ("EULA").  If the program is not purchased during the trial period, the trial version of the program automatically disables after 15 days.  However, there is no restriction to purchasing the software at any time, even after the trial period elapses. A copy of the EULA is attached as *Exhibit "C."*

11.    Unfortunately, despite the best efforts of VBC, it has not been able to stem the tide of unscrupulous people who have gained unauthorized access to its program and have used the software to quickly convert to this more modern incarnation of computer language.  These intruders have used so-called "cracking sites" which exist in great abundance on the Internet.  These sites supply the decryption of registration keys to developer's software and enable fraudulent registration codes (or keys) to be used in order to grain access to the program.  In self-defense, VBC has adopted a tracking system which is able to identify the date and time of the intruder, the public and private IP address of the offending computer, the identity of the user of that computer, the owner or organization responsible for operating the computer and other data which is integral to proof of infringement.

12.    The tracking system VBC adopted was created by Hitek Software LLC of Goleta, CA. VBC and Hitek are contractually bound to have the latter receive and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

monitor the data also received by VBC's servers.  The data that Hitek receives is as a "third party user registration tracking company," and its presence is noted in the licensing agreement between VBC and its licensees.

13.    In business programming, Visual Basic (VB) has one of the largest user bases and is probably the most popular programming language. But many developers look to more recent computer languages in order to enhance what they do and to eliminate flaws found in earlier programs such as VB.  Newer languages used by programmers include C, C+ and C++.  C# has evolved from these earlier attempts at improving VB.

14.    C# is intended to be a simple, modern, general-purpose, programming language. The language is intended for use in developing software components suitable for deployment in many different environments. For instance, C# compilers exist for just about every platform imaginable, including Mac, Linux, Windows, Solaris, etc. C# is suitable for writing applications for both hosted and embedded systems, ranging from the very large that use sophisticated operating systems, down to the very small having dedicated functions.

15.    Plaintiff is informed and believes that at all times mentioned herein defendants, and each of them, have engaged in and continue to engage in the purchase and/or sale of goods and services within the County of Los Angeles, State of California.

16.    Plaintiff is unaware of the names and true capacities of Defendants,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   whether individual, corporate and/or partnership entities, Named herein as DOES 1

2   through 10, inclusive, and therefore sues them by their fictitious names. Plaintiff will

3
4   seek leave to amend this complaint when their true names and capacities are

5   ascertained.  Plaintiff is informed and believes and thereon alleges that all of the

6   defendants, known and unknown, are in some manner responsible for the wrongs

7
8   alleged herein and that at all times mentioned herein were the agents and servants or

9   joint venturers/ partners-in-concert of the other Defendants, and acted within the

10  course and scope of said agency and employment or within the parameter of their

11
12  agreement.

13      17.    Plaintiff is informed and believes and thereon alleges that at all times

14  relevant hereto, Defendants and DOES 1-10, inclusive, knew or reasonably should

15  have known of the acts and behavior alleged herein and the damages caused thereby,

16
17  and by their inaction ratified and encouraged such acts and behavior. Plaintiff further

18  alleges that said defendants have a non-delegable duty to prevent or cause such acts

19
20  and behavior described herein, which duty defendants failed and/or refused to perform.

21  Plaintiff further alleges upon information and belief that each act, transaction or event

22  hereinafter stated was directed, hosted, served and routed through a network operated

23
24  and maintained by defendant International.

25  **FIRST CLAIM FOR RELIEF:** *Violation of 17 U.S.C.§106(1) &501, et seq.,*

26  *Copyright Infringement against all defendants.*

27
28      18.    Plaintiff incorporates by reference paragraphs 1 through 16 as if the same

4812-8472-6548.1

7

FIRST AMENDED COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    were set forth fully herein.

2        19.    An instance of unauthorized access was detected by plaintiff on May 25,

3

4    2012, at 12:17 p.m., EDT, which activity occurred on October 24, 2011, at 8:42 p.m.

5    On that date and time, a computer named *OLEGANSOFT-PC*, gained unauthorized

6    access to the copyrighted program by applying a fraudulent key (code) to the software,

7    Version 2.26. The fraudulent code is noted as: *PH2BG-502Q4-32870-0J9A6-9K10G*.

8    This is not a code issued by plaintiff.  It was also noted that the Public Internet

10   Protocol address (IP) of the offending computer as 68.82.170.226.  The Private IP

11   address of this computer was found to be 192.168.2.64.

12

13       20.    The user was identified as "OLEGANSOFT."  The user is required to

14   provide certain information to VBC as part of its use of the Trial version.  The user

15   was asked the Registration name and provided only "a;"  Registration Organization

16   and provided only "s;" and, Registration E-mail, but provided "d@s.bv."

17

18       21.    Illegal usage by adaptation of the copyrighted material was detected

19

20   commencing at 12:51p.m. At that time, the user converted Visual Basic programming

21   language into 45,271 lines of C# programming.   The unlawful programming was

22   dedicated to a VB Project entitled "PATH."  Apparently, a reference to pathology, the

23   project to which IBSG and Lablion were focused on at the time.

24

25       22.    Further unlawful usage of the program was recorded on January 24,

26   2013, 4:06 p.m., EST, when the user converted Visual Basic into 77,532 lines of C#.

27

28   On January 28, 2013, at 10:05 a.m., Visual Basic was once again converted into the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

same number of C# lines, i.e., 77,532.  In each case, the identification of the VB Project was called "LABLION."

23.     On February 13, 2013, at 5:30 and 5:35 p.m., the user converted VB into 1,162 lines of C# twice, once at each time mentioned above.  The VB Project title is "camcapture."  Here, Registration Name is noted as "s;"  Registration Organization is also noted as "s;" and Registration Email is s@sw.gh.  As stated above, this information is provided by the user him or herself.

24.     Also on February 13, 2013, first at 5:42 p.m. and then again at 5:57 p.m., the user converted Visual Basic into 65,397 lines of C# twice.  The Project title is noted as "LABLION."

25.     Finally, on February 17, 2013, at 2:21 p.m., the user converted Visual Basic into 92,112 lines of C# by reason of the illegal use of plaintiff's program.  The VB Project again is "LABLION."

26.     The total of all lines illegally converted by the user to C# amounts to approximately 425,000.  *Exhibit "D."*  To provide a frame of reference, in general, the number of lines in C# are roughly equivalent to two(2%)percent in textual material.  In other words, two percent of 425,000 lines would be approximately 8,925 pages.  If the average book is 200 pages in length, it would require almost 45 books stacked one upon another to equal the number of C# lines converted by these defendants.

27.     The names and project titles to which the conversions were dedicated appear to relate to the business of IBSG, i.e., "Lablion" software.  In fact, defendant

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-8472-6548 1

9

FIRST AMENDED COMPLAINT

1   IBSG uses the URL of http://www.lablion.com. *Exhibit* **"E."**

2       28.    Plaintiff is informed and believes and thereon alleges that a competent

3   computer programmer could at best convert 100 lines per hour from Visual Basic to

4   C# in the absence of plaintiff's program and starting without the benefit of predecessor

5   documents.  The aforementioned assumes competence by the programmer and

6   considerable familiarity with both VB and C# and absolute dedication to the task.

7   Assuming arguendo that one could convert at the rate of 100 lines per hour, it would

8   require more than 4,250 hours to compete the same job that plaintiff's program is

9   capable of completing in a few hours or at most, a few days.  Further, assuming that

10  the average programmer earns approximately $100.00 per hour doing conversion

11  work, the saved costs and expenses avoided by defendants as the result of

12  unauthorized access, copying and usage amount to $425,000.00.

13      29.    Plaintiff alleges that the full amount of Actual Damages, including profit

14  attributable to the infringement, is unknown to plaintiff at this time, but accordingly to

15  proof at time of trial.  Plaintiff does allege that Statutory Damages are at least

16  $150,000.00.   The acts of defendants, and each of them, involve the use of a

17  fraudulent code in order to bypass plaintiff's legitimate codes issued to genuine

18  purchasers.  The use of a fraudulent code signifies a knowing violation of plaintiff's

19  Exclusive Rights under the Copyright Act (*17 U.S.C. §106*).  Accordingly, then, the

20  acts complained of were willful and deliberate and qualify for the maximum allowed

21  at 17 U.S.C. §504(c)(2).

4812-8472-6548.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**SECOND CLAIM FOR RELIEF:** *__Vicarious Copyright Infringement__*

30.     Plaintiff incorporates by reference paragraphs 1 through 29, inclusive, as if the same were set forth fully herein.

31.     Plaintiff is informed and believes and thereon alleges that at all times relevant to the action complained of herein the employer, defendants, and each of them, had the right and ability to oversee, govern, control and direct its employees actions, including, but not limited to, ceasing any adverse conduct in which its employee is engaged.  Yet, despite this ability, defendants failed and continue to fail to enforce rules of conduct upon its employees, which led to the massive number of lines converted to C# wrongfully.  In particular, the defendants failed to take decisive action to prevent continuing unauthorized access, copying and adaptation of plaintiff's copyrighted software.

32.     Plaintiff further alleges that as a proximate result of defendants' conduct defendants have profited in an amount and in a manner that would not have taken place, but for the purloining of plaintiff's copyrighted software by its employees. Accordingly, defendants have gained a financial benefit to which they are not entitled.

33.     Under the circumstances outlines above, defendants are liable to plaintiff for Statutory Damages as a willful vicarious copyright infringer in the amount of $150,000.00.  Defendants are also liable for Actual Damages in an amount unknown at this time, but according to proof at time of trial.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**THIRD CLAIM FOR RELIEF:** *Contributory Copyright Infringement*

34.     Plaintiff incorporates by reference paragraphs 1 through 33, inclusive, as if the same were set forth fully herein.

35.     By virtue of their position as employer, defendants knew or had reason to know that their employees, Kondel, Andrukh and Liberman, had gained unauthorized access to plaintiff's copyrighted program and was using same for the benefit of IBGS and Fortelinea by copying and adapting the accessed copyrighted material, which they knew violated plaintiff's Exclusive Rights of copyright.. The direct infringer's knowledge is inferred by his use of a fraudulent code to unlock the software to unlimited use without the knowledge or consent of plaintiff.

36.     Furthermore, plaintiff is informed and believes that defendants aided and abetted the actions of its employees and materially contributed therein by supplying the data and equipment necessary to encourage, urge and persuade, and induce the usage of plaintiff's intellectual property, in particular, by supplying computers, a router and a virtual private network through which each and every instance of infringement alleged herein has traveled and been directed to plaintiff's software.

37.     Defendants, and each of them, are liable to plaintiff by reason of the employer/employee or principal/agent relationship existing between and among all the defendants, including Kondel, Andrukh and Liberman for Actual Damages in a sum unknown at this time, but for all profits attributable to the infringements, according to proof at the time of trial. In the alternative, defendants are liable for Statutory

4812-8472-6548.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Damages of $150,000.00, as and for the willful and intentional infringement and unauthorized access, copying and usage of plaintiff's copyrighted programs.

**FOURTH CLAIM FOR RELIEF:** *Violation of the Digital Millenium Copyright Act (17 U.S.C. §1201(a))*

38.     Plaintiff repeats and re-alleges paragraphs 1 through 37, as if the same were set forth fully herein.

39.     At all times mentioned herein, plaintiff has in force a 25 digit alphanumeric code designed to control access to his copyrighted software. It is only when a legitimate purchaser affirms the terms and conditions of the End User Licensing Agreement (EULA) and pays the standard market fee that access to the licensed product is permitted for an unlimited time. When adherence is satisfied plaintiff will issue to the licensee a non-exclusive, non-transferable license and provide legitimate code enabling access to the copyrighted programs.

40.     The code is intended as a technological measure for the purpose of protecting plaintiff's proprietary program. To gain access requires knowledge of the confidential 25 digits issued by plaintiff. It is intended to exclude those who seek to circumvent the code and gain unauthorized access.

41.     The true number of acts of circumvention is unknown at this time, but plaintiff is informed and believes and thereon alleges that at least 8 occasions above occurred.

42.     As a consequence of defendants' unlawful and unauthorized

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

circumvention of plaintiff's measures, plaintiff has sustained damages as previously set forth herein.

43.    The use of circumvention device to gain access is an intentional and knowledgeable act by the defendants.  It is therefore willful and subjects defendants' liable for the maximum allowed for Statutory Damages per act of circumvention or $2,500.00 on 8 occasions for a total of $20,000.00.  Alternatively, Plaintiff is entitled to Actual Damages for profits attributable to the acts of circumvention per 17 U.S.C. §1203(c)(2), according to proof at time of trial.  Said damages are in addition to that awarded for copyright infringement .

**WHEREFORE**, plaintiff prays that the Court issue the following:

A.    Defendant be enjoined during the pendency of this action and permanently thereafter from appropriating, using or otherwise benefiting from plaintiff's copyrighted application software identified above without the express written approval of plaintiff or his delegate;

B.    Defendants be ordered to identify, preserve, set aside and retain any and all source code used by them in the infringement alleged above pursuant to Federal Rule of Civil Procedure 34, which includes, but is not limited to:

(i)    All electronically stored information which contains any portion of plaintiff's copyrighted program;

(ii)    All writings as defined in Federal Rule of Evidence 1001, which

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

refer to or mention in any manner plaintiff's program, except to those items based on privilege.

C.   Pay plaintiff all damages sustained by him as the result of their unlawful acts, with prejudgment interest, as well as account for and pay for all gains and profits they have enjoyed at plaintiff's expense.  In particular, Plaintiff demands compensation of at least $!50,000.00 as and for Statutory Damages under the Copyright Act or Actual Damages for profits attributable to the infringement, both direct and indirect, according to law.

D.   Plaintiff demand $20,000.00 for violation of the applicable section of the Digital Millennium Copyright Act, §1201(a), et seq., over and above those damages recited under the Copyright Act of 1976;

E.   Trial by jury.

F.   All costs of litigation cost of suit, reasonable attorney fees and interest at legal rates.

G.   Such other and further relief as the Court deems just under the circumstances.

DATED: June 6, 2013

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Donald M. Gindy
Attorneys for Plaintiff,
VBCONVERSIONS LLC

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT A

Delaware.gov | Text Only                          Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Frequently Asked Questions   View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 3646482 | Incorporation Date / Formation Date: | 04/10/2003 (mm/dd/yyyy) |
| Entity Name: | IBSG, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | BUSINESS FILINGS INCORPORATED | | |
| Address: | 108 WEST 13TH ST | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (800)981-7183 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information   [ Submit ]

[ Back to Entity Search ]

For help on a particular field click the ? above the field or click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov



## LegalForce

+44-20-7231-9726 (Europe) | 877-794-9511 (US & Canada)

Apply Online! | Find Answers | Services ▾ | FAQ | Contact Us | Login

PATENT     TRADEMARK     DOMAIN     LOGO     INCORPORATE     SOCIAL     RETAIL



Trademark Search > Trademark Home > Computer & Software Products & Electrical & Scientific > LABLION



🔍 Search nearby    📄 Get email alerts    ☰ Get legal notifications    ✏️ Write a review

# LABLION

By: Integrated Business Solutions Group

📄 Tweet Logo    Share on Facebook

Computer software that provides real-time control of the patient specimen and workflow management for laboratories, namely, software for operating automated equipment for medical specimen testing and database management

### Perfect for these industries

- Computer & Software Products & Electrical & Scientific Products

### Words that describe this logo

software provides realtime control patient specimen workflow management laboratories namely operating automated equipment medical specimen testing database management

This is a brand page for the LABLION trademark by Integrated Business Solutions Group in Feasterville, PA, 19053. Write a review about a product or service associated with this LABLION trademark. Or, contact the owner **Integrated Business Solutions Group** of the LABLION trademark by filing a request to communicate with the Legal Correspondent for licensing, use, and/or questions related to the LABLION trademark.

On Friday, October 28, 2011, a U.S. federal trademark registration was filed for LABLION by Integrated Business Solutions Group, Feasterville, PA 19053. The USPTO has given the LABLION trademark serial number of 85458895. The current federal status of this trademark filing is REGISTERED. The correspondent listed for LABLION is INTEGRATED BUSINESS SOLUTIONS GROUP of INTEGRATED BUSINESS SOLUTIONS GROUP, 1751 LORETTA AVE UNIT A, FEASTERVILLE TREVOSE, PA 19053-7312 . The LABLION trademark is filed in the category of Computer & Software Products & Electrical & Scientific Products . The description provided to the USPTO for LABLION is Computer software that provides real-time control of the patient specimen and workflow management for laboratories, namely, software for operating automated equipment for medical specimen testing and database management.

| | |
|---|---|
| Word Mark: | **LABLION** |
| Status/Status Date: | **REGISTERED** 9/18/2012 |
| Serial Number: | 85458895 |
| Filing Date: | 10/28/2011 |
| Registration Number: | 4209018 |
| Registration Date: | 9/18/2012 |
| Goods and Services: | Computer software that provides real-time control of the patient specimen and workflow management for laboratories, namely, software for operating automated equipment for medical specimen testing and database management |
| Mark Description: | The mark consists of the wording "LABLION" in white justified under a white lion silhouette. |
| Type Of Mark: | TradeMark |



Protect it Online!

100% Satisfaction Guarantee
protect your valuable brand now.

**How it works?     What you get?**

1. Tell us about your business or product. Describe how your business or product is being used.

2. Register your mark in 100+ countries. Just $159 + government fees!

### Starting Your Own Business

Easy, fast and affordable



Learn more »

### What our customers say:

*I wasn't too sure what to expect when taking up services, but the professionalism from the site to the customer service is the slickest I have ever experienced.*

-Camryn, Surrey, UK

### Keep Track of this Brand.

**Trademark Watch Services**

Keep track of how your trademark is being used. Available in the United States and in more than 100 countries. Round-the-clock monitoring. Monthly report on potential infringement.

Watch this Trademark »

Trademark Watch Services read more »

### Current Trademark Status:

9/18/2012

REGISTERED

### Free Trademark Search:

Search

### Correspondent Search:

INTEGRATED BUSINESS SOLUTIONS GROUP is a correspondent of LABLION trademark.

Email or Phone                  Password
                                                    Log In
☐ Keep me logged in             Forgot your password?

**Lablion**
**is on Facebook.**

To connect with Lablion, sign up for Facebook today.

Sign Up    Log In

**Lablion**
3 likes

Like

Commun-ty
LABLION is a comprehensive, easy to use, cost affordable, Anatomic Pathology
Information Software System, includes features for managing and resulting Surgical,
Cytology, Derm, Molecular and Autopsy specimens with QA / QC and CAP Reports.

About

👍 **3**

Photos          Likes           Events

Highlights

Lablion created an event.
September 18, 2012

**38th Annual NSH Symposium/Convention in
Vancouver, BC Canada**
September 29, 2012

Lablion went

Like · Comment · Follow Post · Share

ble   Find Friends   Badges      People      Pages    Places    Apps      Games    Music
out   Create Ad      Create Page  Developers  Careers  Privacy   Cookies   Terms    Help

:ebook © 2013 · English (US)

https://www.facebook.com/lablionibsg                                5/21/2013

EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-285-849**

EFFECTIVE DATE OF REGISTRATION

Month Feb Day 13 Year 2006

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
VB.Net to C# Converter 1.x

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** **a** NAME OF AUTHOR ▼
David Crook

DATES OF BIRTH AND DEATH
Year Born ▼ 1964   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Converts programs written in the Visual Basic.Net language to C#

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004   ◀ Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 1   Year ▶ 2004
Nation ▶ USA   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
David Crook
11184 Antioch #179
Overland Park KS 66210

APPLICATION RECEIVED
FEB 13 2006
ONE DEPOSIT RECEIVED
FEB 13 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

Page 1 of __ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶              Year of Registration ▶

**6** **DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼                              Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
David Crook
11184 Antioch #179
Overland Park, KS 66210

Area code and daytime telephone number ▶ (913) 660-4664        Fax number ▶
Email ▶ admin@vbconversions.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
David Crook                                        Date ▶ 1/19/2006

Handwritten signature (X) ▼
X _David Crook_

**9**
Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
David Crook

Number/Street/Apt ▼
11184 Antioch #179

City/State/ZIP ▼
Overland Park, KS 66210

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office · TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2003—xxx  Web Rev. July 2003  ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

TX 6 - 425 - 720

EFFECTIVE DATE OF REGISTRATION

Jul 26 2006

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
VBNET to C# CONVERTER, VERSION 2.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

---

**NAME OF AUTHOR ▼**
DAVID CROOK

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1964   Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
     Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
NEW AND REVISED COMPUTER PROGRAM TEXT

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month JULY   Day 10   Year 2006
UNITED STATES

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DAVID CROOK
11744 Antioch #772
Overland Park KS 66210

ONE DEPOSIT RECEIVED
JUL 26 2006
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼  TX 6-285-849          Year of Registration ▼  2004

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

VB NET TO C# CONVERTER, VERSION 1.0

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

NEW AND REVISED COMPUTER PROGRAM TEXT

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                   Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
DONALD M. GINDY
DONALD M. GINDY, PLC.
1880 CENTURY PARK EAST, SUITE 615  LOS ANGELES, CA 90067

Area code and daytime telephone number ▶ (310) 772-6585          Fax number ▶ (310) 772-0018

Email ▶ dgindy@gindylaw.com

CERTIFICATION I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DAVID CROOK                                                Date ▶ 7/18/2006

Handwritten signature (X) ▼
X  David A. Crook

Certificate
will be
mailed in
window
envelope
to this
address.

Name ▼
DAVID CROOK
Number/Street/Apt ▼
11184 Antioch #179
City/State/Zip ▼
Overland Park, KS 66210

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper                                    U.S. Government Printing Office: 1999

# EXHIBIT C

## END USER LICENSE AGREEMENT FOR VBCONVERSIONS SOFTWARE.

**IMPORTANT-READ CAREFULLY:** VBConversions ("VBC") has created this End-User License Agreement ("EULA") to formalize its relationship with You, the user. The EULA is a legal document between You and VBC which is governed by certain terms and conditions. You understand and agree that by clicking the "I agree" button or by installing, accessing or using the software, products, services, applications and associated documentation (collectively, the "Software Products") you will be bound by these terms and conditions.  If you act on behalf of a business or organization, you represent and warrant that you have the authority to bind that business organization to these terms and your agreement to these terms will be treated as the agreement of the business or organization.

The Software Products also includes any software updates, add-on components, web services and/or supplements that VBC may provide to You or make available after the date You obtain Your initial copy of the software. To the extent that such items are not accompanied by a separate license agreement or terms of use, by installing, copying, downloading, accessing or otherwise using the software, You agree to be bound by the terms of this EULA. If You do not agree to the terms of this EULA, do not install, access or use the software product.

## SOFTWARE PRODUCT LICENSE

The Software Product is protected by intellectual property laws and treaties. The Software Product is licensed, not sold.

**1. GRANT OF LICENSE.** This Section of the EULA describes Your general rights to install and use the Software Product. The license

rights described in this Section are subject to all other terms and conditions of this EULA.

**General License Grant to Install and Use Software Product.** You may install and use one copy of the Software Product on a single computer, device, workstation, terminal, or other digital electronic or analog device ("Device").  A license for the Software Product may not be shared.  VBC grants You a revocable, limited, non-transferable, non-exclusive license to use the Software Products.

**Reservation of Rights.** All rights not expressly granted are reserved by VBConversions LLC, a California limited liability company.

## 2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.

**Limitations on Reverse Engineering, Decompiling, and Disassembly.** You may not reverse engineer, decompile, or disassemble, modify or create derivative works of the Software Product, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

**Trademarks.** This EULA does not grant You any rights in connection with any trademarks or service marks of VBC.

**No rental, leasing or conversion services.** You may not rent, lease, lend or provide conversion services to third parties with the Software Product.

**Support Services.** VBC may provide You with support services related to the Software Product ("Support Services"). Any supplemental software code provided to You as part of the Support Services are considered part of the VBC Product and subject to the terms and conditions of this EULA. You

acknowledge and agree that VBC may use technical information You provide to VBC as part of the Support Services for its business purposes, including for product support and development. VBC will not utilize such technical information in a form that personally identifies You.

**Termination.** Without prejudice to any other rights, VBC may terminate this EULA if You fail to comply with the terms and conditions of this EULA. In such event, You must destroy all copies of the Software Product and all of its component parts.

### 3. UPGRADES.

**Standard Software Product.** If the Software Product is labeled as an upgrade, You must be properly licensed to use a product identified by VBC as being eligible for upgrade in order to use the Software Product. A Software Product labeled as an upgrade replaces or supplements (and may disable) the product that formed the basis for Your eligibility for the upgrade. You may use the resulting upgraded product only in accordance with the terms of this EULA. If the Software Product is an upgrade of a component of a package of software programs that You licensed as a single product, the Software Product may be used and transferred only as part of that single product package and may not be separated for use on more than one Device.

### 4. INTELLECTUAL PROPERTY RIGHTS. 
All title and intellectual property rights in and to the Software Product (including but not limited to any images, photographs, animations, video, audio, music, text, and "applets" incorporated into the Software Product), the accompanying printed materials, and any copies of the Software Product are owned by VBC or its suppliers. All title and intellectual property rights in and to the content that is not contained in the Software Product, but may be accessed through use of the Software Product, is the property of the respective

content owners and may be protected by applicable copyright or other intellectual property laws and treaties. This EULA grants You no rights to use such content. If this Software Product contains documentation that is provided only in electronic form, you may print one copy of such electronic documentation. You may not copy the printed materials accompanying the Software Product.

**5. BACKUP COPY.** After installation of one copy of the Software Product pursuant to this EULA, you may keep the original media on which the Software Product was provided by VBC solely for backup or archival purposes. If the original media is required to use the Software Product on the Device, you may make one copy of the Software Product solely for backup or archival purposes. Except as expressly provided in this EULA, you may not otherwise make copies of the Software Product or the printed materials accompanying the Software Product.

**6. EXPORT RESTRICTIONS.** You acknowledge that the Software Product is of U.S. origin. You agree to comply with all applicable international and national laws that apply to the Software Product, including the U.S. Export Administration Regulations, as well as end-user, end-use and destination restrictions issued by U.S. and other governments

**7. APPLICABLE LAW.** In any dispute arising out of or relating to this Agreement, it is agreed and acknowledged that the sole and exclusive venue for resolution shall be the Superior Court for the County of Los Angeles or the United States District Court for the Central District of California. This license shall be deemed to have been executed within the State of California, in the United States of America. It shall be construed and enforced in accordance with and governed by the laws of the State of California without regard to conflicts of laws principles thereof. The parties hereto expressly agree to be subject to the personal jurisdiction of the above mentioned courts. The application of UCITA and United Nations

Convention on Contracts for the International Sale of Goods is expressly excluded.

## 8. LIMITED WARRANTY

LIMITED WARRANTY FOR SOFTWARE PRODUCTS ACQUIRED IN THE US AND CANADA. VBConversions warrants that the SOFTWARE PRODUCT will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY (90) DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the SOFTWARE PRODUCT, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety (90) day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by VBC, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software Product does not meet VBC's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy

fails of its essential purpose. The terms of Section 10 below ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have others which vary from state/jurisdiction to state/jurisdiction.

YOUR EXCLUSIVE REMEDY. VBC and its suppliers' entire liability and your exclusive remedy shall be, at VBC's option from time to time exercised subject to applicable law, (a) return of the price paid (if any) for the Software Product, or (b) repair or replacement of the Software Product, that does not meet this Limited Warranty and that is returned to VBC with a copy of your receipt. You will receive the remedy elected by VBC without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software Product to VBC). This Limited Warranty is void if failure of the Software Product has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software Product will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States or Canada, neither these remedies nor any product support services offered by VBC are available without proof of purchase from an authorized international source

**9. DISCLAIMER OF WARRANTIES.** THE LIMITED WARRANTY THAT APPEARS ABOVE IS THE ONLY EXPRESS WARRANTY MADE TO YOU AND IS PROVIDED IN LIEU OF ANY OTHER EXPRESS WARRANTIES (IF ANY) CREATED BY ANY DOCUMENTATION OR PACKAGING. EXCEPT FOR THE LIMITED WARRANTY AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, VBCONVERSIONS AND ITS SUPPLIERS PROVIDE THE SOFTWARE AND SUPPORT SERVICES (IF ANY) *AS IS AND WITH ALL FAULTS,* AND HEREBY DISCLAIM ALL

OTHER WARRANTIES AND CONDITIONS, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY (IF ANY) IMPLIED WARRANTIES, DUTIES OR CONDITIONS OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY OR COMPLETENESS OR RESPONSES, OF RESULTS, OF WORKMANLIKE EFFORT, OF LACK OF VIRUSES AND OF LACK OF NEGLIGENCE, ALL WITH REGARD TO THE SOFTWARE, AND THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, AND CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

**10. AUDIT RIGHTS.** During the term of this EULA and for three (3) years after termination or expiration of the EULA for the applicable Software has expired, You agree to maintain accurate records as to your installation and use of the Software, sufficient to provide evidence of compliance with the terms of this EULA. VBConversions, or an independent third party designated by VBConversions, may audit, upon written notice to You, your books, records, and computing devices to determine your compliance with this EULA and your payment of the applicable license fees, if any, for the Software. VBConversions may conduct no more than one (1) audit in any twelve (12) month period. In the event that any such audit reveals an underpayment by You of more than five percent (5%) of the license amounts due to VBConversions in the period being audited, or that You have breached any term of the EULA, then, in addition to paying to VBConversions any underpayments for Software license fees and any other remedies VBConversions may have, You will promptly pay to VBConversions the audit costs incurred by VBConversions.

**11. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES.** TO THE MAXIMUM EXTENT PERMITTED BY

APPLICABLE LAW, IN NO EVENT SHALL VBCONVERSIONS OR ITS
SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT,
OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT
NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR
CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS
INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY,
FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR
OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER
PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR
IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE
SOFTWARE PRODUCT, THE PROVISION OF OR FAILURE TO
PROVIDE SUPPORT SERVICES, OR OTHERWISE UNDER OR IN
CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE
EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), STRICT
LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF
VBCONVERSIONS OR ANY SUPPLIER, AND EVEN IF
VBCONVERSIONS OR ANY SUPPLIER HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.

**12. LIMITATION OF LIABILITY AND REMEDIES.**
NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR
ANY REASON WHATSOEVER (INCLUDING, WITHOUT LIMITATION,
ALL DAMAGES REFERENCED ABOVE AND ALL DIRECT OR GENERAL
DAMAGES), THE ENTIRE LIABILITY OF VBCONVERSIONS AND ANY
OF ITS SUPPLIERS UNDER ANY PROVISION OF THIS EULA AND
YOUR EXCLUSIVE REMEDY FOR ALL OF THE FOREGOING (EXCEPT
FOR ANY REMEDY OF REPAIR OR REPLACEMENT ELECTED BY
VBCONVERSIONS WITH RESPECT TO ANY BREACH OF THE LIMITED
WARRANTY) SHAL BE LIMITED TO THE GREATER OF THE AMOUNT
ACTUALLY PAID BY YOU FOR THE SOFTWARE OR U.S. $5.00. THE
FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS
(INCLUDING SECTIONS 6, 7, AND 8 ABOVE) SHALL APPLY TO THE
MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY
REMEDY FAILS ITS ESSENTIAL PURPOSE.

**13. REGISTRATION / USAGE INFORMATION.** When you use this software, and also when you register or uninstall this software, the following information about our software and your computer is recorded into the VBC and/or our 3rd party User Registration Tracking Company Database: Product Name, Version, Registration Key, Computer Name, Computers Internal IP address, Username logged onto Computer, Operating System's Registered Owner, Operating System's Registered Organization, Name, Organization Name, Email Address (as entered on the registration screen), total number of lines converted, installation date, and email addresses. Additionally, your organization's public IP address and hostname is recorded by VBC and/or the 3rd party Tracking database in California. The above information may also be posted to VBC and/or our 3rd party user registration database in California on a regular periodic basis in order to update our registered user usage records.   After every project conversion, the project name, number of  lines of original and converted code, CLR version number, number of lines with compiler errors, number of compiles, conversion time, and assembly info (title, description, company, product, copyright, trademark),  may also be recorded by VBC and/or our 3rd party User Registration tracking company in California.

VBC assures the user, that the above information will be securely stored, and maintained with the utmost care by VBC and our 3rd party User Registration tracking company in California. By installing and/or registering and/or using this software, you agree that VBC or our 3rd party User Registration tracking company in California should not be held liable in any manner, if the security of this information is compromised in any manner. To the extent not prohibited by law, in no event will VBC or our 3rd party User Registration tracking company in California, and ours and its licensors be liable for any lost revenue, profit or data, or for special, indirect, consequential, incidental or punitive damages,

however caused regardless of the theory of liability, arising if the security of this information is compromised in any manner, even if VBC and our 3rd party User Registration tracking company in California has been advised of the possibility of such damages. Only install this software, if you agree to have this information recorded by VBC to our 3rd party User Registration tracking company in California.

BY INSTALLING AND/OR UNINSTALLING AND/OR REGISTERING AND/OR USING THIS SOFTWARE, YOU AGREE THAT YOU GRANT VBC YOUR FULL AND UNCONDITIONAL PERMISSION TO RECORD THIS INFORMATION ITSELF AND TO OUR 3RD PARTY USER REGISTRATION TRACKING COMPANY IN CALIFORNIA.

**14. COPYRIGHT INFRINGEMENT:** You agree not to infringe VBC's copyright of this software. Reproduction, preparation of derivative works (adaptation), distribution or display of the software is prohibited, except to the extent permitted by this license. Your continued usage of the program is expressly conditioned upon your adherence to the terms and conditions of this license.  Any activity which exceeds the scope of the license is deemed to infringe the copyright of VBC and will result in revocation of the license and may subject you to civil liability. Unauthorized copying and exceeding license counts are examples of prohibited conduct. Using illegally generated keys to unlock the software is also a violation of VBC's rights. You agree to only use Registration keys generated online from VBC's website, only use registration keys emailed to you by VBC or our third party order processing Company. You agree that using an illegal or fraudulent registration key to register or unlock the software or reverse engineering, decompiling or disassembling the software makes that software copy illegal and unauthorized and in violation of VBC's rights.  (17 U.S.C.§§ 501,1201, et seq.).  In the event of a copyright violation, you acknowledge and agree you are liable for

actual damages, statutory damages, reasonable attorney fees, lost profits, diminution of value of the software, lost license fees, any or all of the aforementioned, including, but not limited to all other costs and expenses incurred by VBC for the loss, according to law. (17 U.S.C. §504, §505).

*In the event that Actual Damages are deemed uncertain or difficult to ascertain, the parties acknowledge and agree that a breach of this agreement by use of an illegally generated key to unlock the software or by reverse engineering, decompiling or disassembling the software, as a component of Statutory Damages (at 17 U.S.C. § 504( c)), the fair market value of the resulting conversion shall be fixed at One ($1.00) Dollar U.S. per line of code converted from Visual Basic to C#. The parties further acknowledge and agree that the aforementioned fixed value is not to be deemed a penalty, but is accepted as a compromise which seeks to place a fair value on the product.*

**15. ENFORCING RIGHTS.**  The failure of VBC to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. If any provision of these terms is found by a court of competent jurisdiction to be invalid, you nevertheless agree that the court should endeavor to give effect to the intentions of the parties as reflected in the provision, and that the other provisions of this Agreement remain in full force and effect.

**16. ENTIRE AGREEMENT.** This EULA (including any addendum or amendment to this EULA which is included with the Software Product) is the entire agreement between you and VBC relating to the Software Product and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software Product or any other subject matter covered by this

EULA. To the extent the terms of any VBC policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control.

# EXHIBIT D

## VB Conversion

## Proof of illegal uninstall

Computer Name                 OLEGANSOFT-PC
----------------------------------------------------------------------
Server date                   2012-01-10 15:06:45.0 EST
Program                       VB.Net to C# Converter
Program Version               2.31
Public IP                     68.82.170.226
Host                          c-68-82-170-226.hsd1.pa.comcast.net
Private IP                    192.168.2.64
Username                      OLEGANSOFT
Domain                        OLEGANSOFT-PC
Owner                         OLEGANSOFT

----------------------------------------------------

## Lablion-IBSG

## VB Conversion

## Proof of illegal usage

Computer Name        OLEGANSOFT-PC

------------------------------------------------------------------------

| | |
|---|---|
| Server date | 2012-05-25 11:15:08.0 EDT |
| Installed (user date) | 10/24/2011 8:42 PM |
| Program | VB.Net to C# Converter |
| Program Version | 2.32 |
| Public IP | 68.82.170.226 |
| Host | c-68-82-170-226.hsd1.pa.comcast.net |
| Private IP | 192.168.2.64 |
| Username | OLEGANSOFT |
| Domain | OLEGANSOFT-PC |
| Owner | OLEGANSOFT |

------------------------------------------------------------------------

## Lablion-IBSG

**VB Conversion**

**Proof of illegal registration**

Computer Name                OLEGANSOFT-PC
-------------------------------------------------------------------
Server date                  2012-05-25 12:17:39.0 EDT
Installed (user date)        10/24/2011 8:42 PM
Program                      VB.Net to C# Converter
Program Version              2.26
Key                          PH2BG-502Q4-32870-0J9A6-9K10G
Registration Name            a
Registration Organization    s
Registration Email           d@s.bv
Public IP                    68.82.170.226
Host                         c-68-82-170-226.hsd1.pa.comcast.net
Private IP                   192.168.2.64
Username                     OLEGANSOFT
Domain                       OLEGANSOFT-PC
Owner                        OLEGANSOFT


-------------------------------------------------------------------
**Lablion-IBSG**

## VB Conversion

## Proof of illegal usage

Computer Name                OLEGANSOFT-PC

-------------------------------------------------------------

| | |
|---|---|
| Server date | 2012-05-25 12:51:56.0 EDT |
| Installed (user date) | 10/24/2011 8:42 PM |
| Program | VB.Net to C# Converter |
| Program Version | 2.26 |
| Key | PH2BG-502Q4-32870-0J9A6-9K10G |
| Registration Name | a |
| Registration Organization | s |
| Registration Email | d@s.bv |
| Public IP | 68.82.170.226 |
| Host | c-68-82-170-226.hsd1.pa.comcast.net |
| Private IP | 192.168.2.64 |
| Username | OLEGANSOFT |
| Domain | OLEGANSOFT-PC |
| Owner | OLEGANSOFT |

-------------------------------------------------

## Lablion-IBSG

**VB Conversion**

**Proof of illegal registration**

Computer Name                     OLEGANSOFT-PC
------------------------------------------------------------------------------
Server date                       2013-01-24 16:00:38.0 EST
Installed (user date)             1/24/2013 3:57 PM
Program                           VB.Net to C# Converter
Program Version                   3.02
Key                               P3315AWK30A59716MU55710F0
Registration Name                 s
Registration Organization         s
Registration Email                s@sw.gh
Public IP                         68.82.170.226
Host                              c-68-82-170-226.hsd1.pa.comcast.net
Private IP                        192.168.2.64
Username                          olegansoft
Domain                            OLEGANSOFT-PC
Owner                             WS03
Organization                      Windows User

------------------------------------------------------------

**Lablion-IBSG**

## VB Conversion

## Proof of illegal usage

Computer Name                    OLEGANSOFT-PC
---------------------------------------------------------------------
Server date                      2013-01-24 16:06:30.0 EST
Installed (user date)            1/24/2013 3:57 PM
Program                          VB.Net to C# Converter
Program Version                  3.02
Key                              P3315AWK30A59716MU55710F0
Registration Name                s
Registration Organization        s
Registration Email               s@sw.gh
Public IP                        68.82.170.226
Host                             c-68-82-170-226.hsd1.pa.comcast.net
Private IP                       192.168.2.64
Username                         olegansoft
Domain                           OLEGANSOFT-PC
Owner                            WS03
Organization                     Windows User


---------------------------------------------------------------------

## Lablion-IBSG

## VB Conversion

## Proof of illegal usage

Computer Name        OLEGANSOFT-PC

-----------------------------------------------------------------

| | |
|---|---|
| Server date | 2013-01-28 10:05:34.0 EST |
| Installed (user date) | 1/24/2013 3:57 PM |
| Program | VB.Net to C# Converter |
| Program Version | 3.02 |
| Key | P3315AWK30A59716MU55710F0 |
| Registration Name | s |
| Registration Organization | s |
| Registration Email | s@sw.gh |
| Public IP | 68.82.170.226 |
| Host | c-68-82-170-226.hsd1.pa.comcast.net |
| Private IP | 192.168.2.64 |
| Username | olegansoft |
| Domain | OLEGANSOFT-PC |
| Owner | WS03 |
| Organization | Windows User |

-----------------------------------------------------

## Lablion-IBSG

## VB Conversion

## Proof of illegal usage

Computer Name            OLEGANSOFT-PC
------------------------------------------------------------------

| | |
|---|---|
| Server date | 2013-02-13 17:42:43.0 EST |
| Installed (user date) | 1/24/2013 3:57 PM |
| Program | VB.Net to C# Converter |
| Program Version | 3.02 |
| Key | P3315AWK30A59716MU55710F0 |
| Registration Name | s |
| Registration Organization | s |
| Registration Email | s@sw.gh |
| Public IP | 68.82.170.226 |
| Host | c-68-82-170-226.hsd1.pa.comcast.net |
| Private IP | 192.168.2.64 |
| Username | olegansoft |
| Domain | OLEGANSOFT-PC |
| Owner | WS03 |
| Organization | Windows User |

------------------------------------------------------------------

## Lablion-IBSG

**VB Conversion**

**Proof of illegal usage**

| | |
|---|---|
| Computer Name | OLEGANSOFT-PC |

--------------------------------------------------------------

| | |
|---|---|
| Server date | 2013-02-13 17:57:52.0 EST |
| Installed (user date) | 1/24/2013 3:57 PM |
| Program | VB.Net to C# Converter |
| Program Version | 3.02 |
| Key | P3315AWK30A59716MU55710F0 |
| Registration Name | s |
| Registration Organization | s |
| Registration Email | s@sw.gh |
| Public IP | 68.82.170.226 |
| Host | c-68-82-170-226.hsd1.pa.comcast.net |
| Private IP | 192.168.2.64 |
| Username | olegansoft |
| Domain | OLEGANSOFT-PC |
| Owner | WS03 |
| Organization | Windows User |

| Userdate | VB_Project_Name | VB_Lines | CSharp_Lines |
|---|---|---|---|
| 05/25/12 12:51 PM | PATH.vbproj | 39726 | 45271 |
| 01/24/13 04:06 PM | LABLION.vbproj | 67843 | 77532 |
| 01/28/13 10:05 AM | LABLION.vbproj | 67843 | 77532 |
| 02/13/13 05:30 PM | camcapture.vbproj | 1014 | 1162 |
| 02/13/13 05:35 PM | camcapture.vbproj | 1014 | 1162 |
| 02/13/13 05:42 PM | LABLION.vbproj | 56926 | 65397 |
| 02/13/13 05:57 PM | LABLION.vbproj | 56926 | 65397 |
| 02/17/13 02:21 PM | LABLION.vbproj | 80926 | 92112 |

--------------------------------------------------------------

**Lablion-IBSG**

EXHIBIT E

**IPAddress.com**
*The Best IP Address Tools At Your Fingertips*

My IP Address is: 207.66.7.61 and is located in 🇺🇸 United States [more]

My IP    IP Lookup    Reverse IP    Hide IP    Whols    Trace Email    Speed Test

## www.Lablion.com Details

www.Lablion.com is shown with a location in Anaheim, California, United States

AdChoices [>


**ADD/ADHD Boarding School**
OCRS.com/Enrolling-Now
40yrs of Proven Success.
Undermotivated Teens ages 13-19.

When pulling the information for www.Lablion.com, we found that the organization tied to this IP is Lunar Pages. More details for www.Lablion.com are displayed if available at the date of your request, which is May 21, 2013.

A more detailed IP address report for www.Lablion.com is below. At the time you pulled this report, the IP of www.Lablion.com is 74.50.8.245 and is located in the time zone of America/Los_Angeles.

The context of www.Lablion.com is "Lablion" and could reflect the theme of the content available on the resource.

More IP details of www.Lablion.com are shown below along with a map location

### www.Lablion.com | Lablion IP Lookup (IP: 74.50.8.245)

| | |
|---|---|
| Hostname: | www.lablion.com |
| IP Address: | 74.50.8.245 |
| Host of this IP: | rhea.lunarservers.com |
| Organization: | Lunar Pages |
| ISP: | Lunar Pages |
| City: | Anaheim |
| Country: | United States 🇺🇸 |
| State: | California |
| Postal Code: | 92807 |
| Timezone: | America/Los_Angeles |
| Local Time: | 21.05.2013 11:46:26 |



### Reverse IP Lookup Result for www.Lablion.com | Lablion

We found 11 hostnames for IP Address 74.50.8.245 [ Lookup time: 0 ]

1. www.mic-ro.com          [ Site information ]
2. mic-ro.com              [ Site information ]
3. www.bostonbyfoot.org    [ Site information ]
4. www.johndieaatheend.com [ Site information ]
5. www.ninezeroneealon.com [ Site information ]
6. www.pilatesinlla.net    [ Site information ]

| | | |
|---|---|---|
| 7. | www.gzkoodee.com | [ Site Information ] |
| 8. | www.migem.com | [ Site Information ] |
| 9 | www.suzukisringsofmadison.org | [ Site Information ] |
| 10 | oldemilitaryknives.com | [ Site Information ] |
| 11. | www.lablion.com | [ Site Information ] |

## Whois Lookup Result for Lablion.com | Lablion

**Registrar**
TUCOWS, INC.

**Whois Server**
whois.tucows.com

**Referral URL**
http://domainhelp.opensrs.net

**Status**
ok

**Contact Email**
okondel4@lablion.com

**Creation Date**
11/17/2010

**Updated Date**
11/03/2012

**Expiration Date**
11/17/2013

**Registrant**
IBSG
1751 Loretta Ave
Feasterville, PA 19053
US

**Administrative Contact**
Kondel, Oleg
1751 Loretta Ave
Feasterville, PA 19053
US
Telephone. 1.2153843774
Email: okondel@lablion.com

**Technical Contact**
Kondel, Oleg
1751 Loretta Ave
Feasterville, PA 19053
US
Telephone. 1.2153643774
Email: okondel@lablion.com

**Nameservers**
NS2.LUNARSERVERS.COM
NS1.LUNARSERVERS.COM

## Tips

What is an IP Address?
Does information about your own IP Address
Who sent you an Email?
You can download our IP lookup database or use our Geolocation API

Permalink for this site: http://www.lablion.com.ipaddress.com/

### IP TOOLS

IP Lookup ▼    IP address, Domain or Host    IP Lookup Now!
*Trace any IP address, websites or host and receive valuable accurate information*

| Recommended | Updated Sites | You like this? |
|---|---|---|
| Hide Your IP Address | 2.100.115.161 | Like    Sign Up to see what your friends like. |
| IP Location Web Service | 23.19.10.90 | |
| IP Location Database | 72.55.129.112 | |
| Verify Email | 67.201.199.47 | |



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

## CV13- 4220 PA (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

VBConversions LLC, a California limited liability company

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Integrated Business Solutions Group, LLC, aka IBSG, LLC and IBSG, a Pennsylvania limited liability company; Lablion, Inc., a Pennsylvania corporation; Oleg Kondel, an individual; Oleg Andrukh, an individual; Aleksandr Liberman, an individual; Fortelinea Software Systems, LLC, fka IBSG Hit, LLC,a Delaware limited liability company; Does 1-10, inclusive

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)**

Donald M. Gindy
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
(213) 250-1800

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. Government Not a Party)
☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only**
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5 Transferred from Another District (Specify)
☐ 6. Multi- District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT: $** 150,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

CV-71 (02/13)          CV13-04220          CIVIL COVER SHEET          Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): ......................................................................

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): ......................................................................

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pennsylvania and Delaware |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
NOTE: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: 6/10/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com