**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DONALD M. GINDY, SB# 45228
E-Mail: dgindy@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff,
VBCONVERSIONS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WEST REGION

| | |
|---|---|
| VBCONVERSIONS LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> INTEGRATED BUSINESS SOLUTIONS GROUP, LLC, a/k/a IBSG, LLC and IBSG, a Pennsylvania limited liability company; LABLION, INC., a Pennsylvania corporation; OLEG KONDEL, an individual; OLEG ANDRUKH, an individual; ALEKSANDR LIBERMAN, an individual; FORTELINEA SOFTWARE SYSTEMS, LLC, f/k/a IBSG HIT, LLC, a Delaware limited liability company; DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV13-4220 PA(PLAx) <br> [Before the Hon. Percy Anderson] <br><br><br> **NOTICE OF SETTLEMENT PROCEEDINGS PER LOCAL RULE 16-15.7.** |

**TO THE COURT:**

The following is intended to advise the Court pursuant to Local Rule 16-15.7 of settlement proceedings by and between plaintiff, VBConversions LLC, and defendants, Integrated Business Solutions Groups LLB aka IBSG LLC, a

4821-4773-7365.1

1 | Pennsylvania limited liability company, Lablion, Inc., a Pennsylvania corporation,
2 | Oleg Kondel, Oleg Andrukh and Aleksander Liberman, individuals.
3 |     The parties have been engaged in settlement proceedings for the last several
4 | weeks. It appears that the parties are close to a mutually agreeable resolution.
5 | However, further negotiations are required in order to finalize the agreement.
6 |     It is plaintiff's intent at this time to serve the Summons and Complaint on the
7 | named defendants if a settlement has not been fully and finally reached on or before
8 | Friday, September 6, 2013. Plaintiff respectfully requests the Court's indulgence
9 | until that time.
10 | DATED: August 26, 2013    DONALD M. GINDY
11 |     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *Donald M. Gindy*
Donald M. Gindy
Attorneys for Plaintiff,
VBCONVERSIONS LLC



4821-4773-7365.1